**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00709-CV

---

## A PLUS TRANSMISSION, JESSE HESTER, AND DAVID DOIG, Appellants

### V.

## CALVIN BONIABY, Appellee

---

**On Appeal from County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 19-CCV-065108**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed July 8, 2019. On December 18, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.